OPINION OF THE COURT
 

 Memorandum.
 

 For reasons stated in its memorandum, the order of the Appellate Division should be affirmed, with costs. In so holding, however, we take occasion to point out that the only determination made by the State Tax Commission was that under section 1138 of the Tax Law issued on February 13, 1980, redetermining the amount of the taxes due. On August 1, 1980 the petitioner received a revised notice of assessment review from the audit division advising that, pursuant to section 1145, a statute discrete from section 1138, his application for rebate of penalties and interest had been granted. No change was made, however, with respect to the commission’s determination of tax liability.
 

 
 *683
 
 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg and Meyer concur; Judge Gabrielli taking no part.
 

 Order affirmed, with costs, in a memorandum.